## CLINE v. DE WALT *et al.*

No. 5633.   Opinion Filed November 23, 1915.

(153 Pac. 142.)

**APPEAL AND ERROR—Dismissal—Jurisdiction.** The petition in error and transcript of record was filed in the office of the clerk of this court on October 1, 1913, but summons in error has not been served or waived, nor have defendants in error appeared. Under such facts, this court has no jurisdiction.

(Syllabus by Watts, C.)

*Error from District Court, Mayes County;*
*Preston S. Davis, Judge.*

Action by Silas A. Cline against W. H. De Walt and others.   From the judgment, Cline brings error.   Dismissed.

*O'Hare & Davidson,* for plaintiff in error.

Opinion by WATTS, C.   This case comes from the district court of Mayes county, where final order was en-

tered on the 2d day of April, 1913, from which the plaintiff in error appeals. Transcript was filed in the office of the clerk of this court on October 1, 1913, but plaintiff in error has failed to have summons in error served on the defendants in error; neither have the defendants in error waived the issuance of summons in error or appeared in this court.

This court is therefore without jurisdiction, and we recommend that the appeal be dismissed.

By the Court: It is so ordered.